IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arron Shawn Bossardet,<br><br>   Plaintiff,<br><br>v.<br><br>Centurion Healthcare, et al.,<br><br>   Defendants. | No. CV-21-00179-TUC-RM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 358.) Plaintiff and Defendants Carah Hodge, Jillian Riley, Alicia Ferguson, Angelica Salgado, Dorothy Hines, Lara Alonso, Laura Elliott, Lisa Graybill, Murray Young, Isabella Waszkiewicz, J. Hinkley[1], Ryan Thornell, and NaphCare, Inc., stipulate to the dismissal of these Defendants and all claims against them, with prejudice, and with the parties to bear their own respective attorneys' fees and costs. (*Id.*)[2]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

. . . .

. . . .

. . . .

. . . .

. . . .

---

[1] J. Hinkley was dismissed as a defendant in this action in the Court's March 27, 2024 Summary Judgment Order. (Doc. 350.)

[2] The parties aver that a separate stipulation of dismissal will be forthcoming as to the remaining Defendant, Centurion of Arizona, LLC. (Doc. 358 at 1.)

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Stipulation of Dismissal with Prejudice (Doc. 358) is |
| 2 | **approved**. Defendants Carah Hodge, Jillian Riley, Alicia Ferguson, Angelica Salgado, |
| 3 | Dorothy Hines, Lara Alonso, Laura Elliott, Lisa Graybill, Murray Young, Isabella |
| 4 | Waszkiewicz, Ryan Thornell, and NaphCare, Inc. are **dismissed with prejudice**, with each |
| 5 | party to bear their own respective attorneys' fees and costs. The Clerk of Court is directed |
| 6 | to update the docket to reflect the dismissal of these Defendants only. |
| 7 | Dated this 3rd day of September, 2024. |

_____
Honorable Rosemary Márquez
United States District Judge