IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arron Shawn Bossardet,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Centurion Healthcare, et al.,<br><br>　　　　　Defendants. | No. CV-21-00179-TUC-RM<br><br>**ORDER** |

On July 17, 2024, Magistrate Judge Jacqueline Rateau held a settlement conference at which the parties reached a settlement. (Doc. 357.) Judge Rateau ordered the parties to file a Stipulated Dismissal regarding individually named Defendants prior to Plaintiff receiving settlement funds and a Stipulated Dismissal regarding Defendant Centurion of Arizona, LLC ("Centurion") within five business days of Plaintiff's receipt of settlement funds. (*Id.*) On August 26, 2024, the parties filed a Stipulation to dismiss all remaining Defendants except Defendant Centurion. (Doc. 358.) The Court approved the Stipulation. (Doc. 359.)

Currently pending before the Court is Plaintiff and Defendant Centurion's Stipulation of Dismissal with Prejudice. (Doc. 360.) The parties stipulate to the dismissal of Defendant Centurion and all claims against it, with prejudice, and with the parties to bear their own attorneys' fees and costs. (*Id.*)

Accordingly,

. . . .

1 **IT IS ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and
2 the parties' Stipulation of Dismissal with Prejudice (Doc. 360), that the above-captioned
3 matter is **dismissed with prejudice**, with the parties to bear their own respective attorneys'
4 fees and costs.  The Clerk of Court is directed to close this case.

Dated this 12th day of September, 2024.

_____
Honorable Rosemary Márquez
United States District Judge